122 F.3d 46
 CYBOR CORPORATION, Plaintiff-Appellant,
v.
FAS TECHNOLOGIES, INC., and Fastar Ltd., Defendants/Cross-Appellants.
 Nos. 96-1286, 96-1287.
 United States Court of Appeals,
Federal Circuit.
 Sept. 5, 1997.
 
 1
 Appealed from: U.S. District Court for the Northern District of California; Judge Whyte.
 
 
 2
 Tod L. Gamlen, Baker & McKenzie, Palo Alto, CA, for Plaintiff-Appellant. With him on brief was David I. Roche, of Chicago, IL.
 
 
 3
 Douglas A. Cawley, Hughes & Luce, L.L.P., Dallas, TX, for Defendants/Cross-Appellants. Of counsel was Aubrey Nick Pittman.
 
 ORDER
 
 4
 The appeals, having been heard by a panel of the court and, thereafter, a majority of the circuit judges who are in regular active service having acted sua sponte in accordance with 28 U.S.C. § 46(c) and Fed. R.App. P. 35(a),
 
 
 5
 IT IS ORDERED that the appeals shall be decided in banc. Additional briefing and argument will not be required.